The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSAUNDRA MAXWELL, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.,<br><br>Defendant. | No. 2:25-cv-02500-JNW<br><br>[~~PROPOSED~~] ORDER GRANTING CONSENT MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF WASHINGTON |

**<u>PROPOSED ORDER</u>**

Upon consideration of Defendant Ulta Salon, Cosmetics & Fragrance, Inc.'s Consent Motion to Transfer Venue under 28 U.S.C. § 1404(a) (the "Motion"), and any response and reply thereto, it is, this 17th day of February, 2026, hereby:

**ORDERED** that the Motion is GRANTED. The Court directs the Clerk to transfer this matter to the United States District Court for the Eastern District of Washington.

//

[~~PROPOSED~~] ORDER GRANTING CONSENT
MOTION TO TRANSFER VENUE
No. 2:25-cv-02500

EVANS, CRAVEN
& LACKIE, P.S.

818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Dated: February 17, 2026

*Jamal W* (signature)

Jamal N. Whitehead
United States District Judge

[PROPOSED] ORDER GRANTING CONSENT
MOTION TO TRANSFER VENUE
No. 2:25-cv-02500

**EVANS, CRAVEN & LACKIE, P.S.**

818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632